UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SERGIO BECERRA, § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | Civil Action No.: 15-349 |
| § | |
| MARGARITA ROCHA D/B/A § | **JURY TRIAL REQUESTED** |
| FELIZ AMANECER § | |
| § | |
| Defendant. § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now, Sergio Becerra, Plaintiff, and Margarita Rocha d/b/a Reliz Amanecer, Defendant, and file this Joint Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

### I. Facts and Stipulations

1.1     This case was filed in the United States District Court for the Southern District of Texas – Corpus Christi Division.

1.2     Defendant answered the suit in this Court.

1.3     Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate to the dismissal of all claims asserted or assertable in the above-captioned action with prejudice as to the refiling of same, with each party bearing its own attorneys' fees and costs.

1.4     This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

1.5     A receiver has not been appointed in this case.

1.6     Neither Plaintiff nor Defendant has previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

Respectfully Submitted,

/s/ Gerald G. Villarreal
Gerald G. Villarreal
Law Office of Gerald G. Villarreal
2818 S. Port Avenue
Corpus Christi, TX 78405
Phone: 361-881-8509
Fax: 361-853-2150
SBN 24042614
Fed. I.D. 37507
Email: gvillarr@msn.com
Attorney for Defendant

Loren Law Group
100 S. Pine Island Road - Suite 132
Plantation, FL 33324
Phone: (954)585-4878
Facsimile: (954)585-4886
E-Mail: JLoren@Lorenlaw.com

/s/ James M. Loren w/permission Gerald G. Villarreal
James M. Loren, Esquire
Bar No. 2656541

2